*Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States. ▮

No. 64, Misc. JONES *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. ▮

No. 77, Misc. HILL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States. ▮

No. 93, Misc. HARLAN *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 94, Misc. FLIPPIN *v.* RAGEN, WARDEN. Circuit Court of Lake County, Illinois. Certiorari denied.

No. 95, Misc. HOWARD *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. ▮

No. 100, Misc. ST. JOHN *v.* GRABER, CHIEF JUSTICE, ET AL. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 101, Misc. TORRES ET AL. *v.* HOUSING AUTHORITY OF THE CITY OF LOS ANGELES ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied. *G. G. Baumen* for petitioners. *Joseph P. Loeb* and *Leonard S. Janofsky* for the Housing Authority of Los Angeles, respondent. ▮